**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE<br><br>CURTIS ALVIN JAMES ROSS, JR.<br><br>   Debtor(s) | Case No. 18-33165-KRH<br>Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A<br>1600 South Douglass Road<br>Suite 200-A<br>Anaheim, CA 92806<br><br>   Movant<br>v.<br><br>JACQUELINE P. ROSS<br>2384A Red Lane Road<br>Powhatan, VA 23139<br>and<br>CURTIS ALVIN JAMES ROSS, JR.<br>2384-A Red Lane Road<br>Powhatan, VA 23139<br><br>   Respondents | Motion No. |

## **NOTICE OF CURE OF NOTICE OF DEFAULT**

Dear Clerk:

   The Notice of Default regarding the Consent Order Modifying the Automatic Stay filed by Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A on  has been cured.

/s/ Mark D. Meyer, Esq._____
Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 71290

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of August, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Cure of Notice of Default will be served electronically by the Court's CM/ECF system on the following:

James E. Kane, Esq.
Carl M. Bates, Trustee

I hereby further certify that on the 29th day of August, 2019, a copy of the Notice of Cure of Notice of Default was also mailed first class mail, postage prepaid to:

Jacqueline P. Ross
2384A Red Lane Road
Powhatan, VA 23139

Curtis Alvin James Ross, Jr.
2384-A Red Lane Road
Powhatan, VA 23139

Respectfully Submitted,

/s/ Mark D. Meyer, Esq._____
Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

MARK MEYER

DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 71290